```
                                        FILED ____   ____ RECEIVED
                                    ____ ENTERED     ____ SERVED ON
                                         COUNSEL/PARTIES OF RECORD

                                              JUL 14 2008

                                         CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                     BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ADVANCED ARCHITECTURAL METALS, INC., et al., | 2:08-CV-0252-ECR-PAL |
| Plaintiffs, | MINUTES OF THE COURT |
| vs. | DATE: JULY 14, 2008 |
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, et al., | |
| Defendants. | |

PRESENT:    EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN            Reporter:    NONE APPEARING
Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On June 13, 2008, the Magistrate Judge filed a Report and Recommendation (#18) recommending that this action be dismissed for failure of Plaintiffs to file a Certificate of Interested Parties and to comply with the orders of the Court (#11 and #16) and Local Rule 7.1-1.

    No objections have been filed to the Report and Recommendation (#18). The Report and Recommendation (#18) is well taken and it is **APPROVED** and **ADOPTED**.

    **IT IS HEREBY ORDERED** that this action is **DISMISSED**.

    The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By    /s/
    Deputy Clerk