| | |
|---|---|
| 1 | Daniel M. Shanley (NV Bar No. 6821) |
|   | dshanley@deconsel.com |
| 2 | DeCARLO & SHANLEY |
|   | 4245 West Sunset Road |
| 3 | Las Vegas, Nevada 89110 |
|   | Telephone: (702) 232-1555 |
| 4 | |
|   | Alice Chih-Mei Chen (NV Bar No. 9781) |
| 5 | achen@deconsel.com |
|   | DeCARLO & SHANLEY |
| 6 | 533 South Fremont Avenue, 9th Floor |
|   | Los Angeles, California 90071-1706 |
| 7 | Telephone: (213) 488-4100 |
|   | Facsimile: (213) 488-4180 |
| 8 | |
|   | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ADVANCED ARCHITECTURAL METALS, INC., a Nevada corporation, BRIDAL ELEGANCE, INC., a Nevada corporation, and LORI IRISH, an individual, and CLEVELAND INVESTMENTS, INC., | ) ) ) ) ) ) | CASE NO. 2:08-CV-00252-ECR-PAL |
| Plaintiffs, | ) ) | ORDER ON APPLICATION FOR RENEWAL OF JUDGMENT |
| vs. | ) ) | |
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, an unincorporated labor organization, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; SOUTHWEST CARPENTERS HEALTH AND WELFARE TRUST; SOUTHWEST CARPENTERS PENSION TRUST; SOUTHWEST CARPENTERS VACATION TRUST; SOUTHWEST CARPENTERS TRAINING FUND; and DOES 1 through XXX, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

EXHIBIT NO. 2
PAGE NO. 6

1  The Court having considered SOUTHWEST REGIONAL COUNCIL OF
2  CARPENTERS, an unincorporated labor organization, CARPENTERS
3  SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit
4  corporation; SOUTHWEST CARPENTERS HEALTH AND WELFARE TRUST;
5  SOUTHWEST CARPENTERS PENSION TRUST; SOUTHWEST
6  CARPENTERS VACATION TRUST; SOUTHWEST CARPENTERS
7  TRAINING FUND's Application for Renewal of Judgment, and good cause
8  appearing therefore,
9  IT IS HEREBY ORDERED that the Judgment in favor of SOUTHWEST
10 REGIONAL COUNCIL OF CARPENTERS, an unincorporated labor
11 organization, CARPENTERS SOUTHWEST ADMINISTRATIVE
12 CORPORATION, a California non-profit corporation; SOUTHWEST
13 CARPENTERS HEALTH AND WELFARE TRUST; SOUTHWEST
14 CARPENTERS PENSION TRUST; SOUTHWEST CARPENTERS VACATION
15 TRUST; SOUTHWEST CARPENTERS TRAINING FUND and against
16 ADVANCED ARCHITECTURAL METALS, INC., a Nevada corporation;
17 BRIDAL ELEGANCE, INC., a Nevada corporation; LORI IRISH, an individual;
18 and CLEVELAND INVESTMENTS, INC., be renewed and extended for six years
19 from the date of entry of this order. As of September 21, 2015, the total Judgment
20 amount is $$64,084.52.
21 Dated: September 24, 2015.

UNITED STATES DISTRICT JUDGE

23 Presented by:
24 DeCARLO & SHANLEY
   A Professional Corporation
26 BY: _____
27      ALICE CHIH-MEI CHEN

2

EXHIBIT NO. 2
PAGE NO. 7