AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Advanced Archtectural Metals, Inc., et al

Plaintiffs,

v.

Southwest Regional Council of Carpenters, et al

Defendants.

**RENEWAL JUDGMENT IN A CIVIL CASE**

Case Number: 2:08-cv-00252-JAD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to Order #59 entered September 24, 2015, the JUDGMENT in favor of Carpenters Southwest Administrative Corporation, Southwest Carpenters Health and Welfare Trust, Southwest Carpenters Pension Trust, Southwest Carpenters Training Fund, Southwest Carpenters Vacation Trust, Southwest Regional Council of Carpenters and against Advanced Architectural Metals, Inc., Bridal Elegance, Inc, Lori Irish, and Cleveland Investments Inc. is renewed and extended for six years from September 24, 2015. As of September 21, 2015, the total judgment amount is $64,084.52.

Sep 24, 2015

Date

/s/ Lance S. Wilson

Clerk

By: /s/ Molly Morrison

(By) Deputy Clerk